```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MOTORCARS LEASING, LLC,                                      :
                                    Plaintiff,               :
                                                             :         24 Civ. 4313 (LGS)
             -against-                                       :
                                                             :                ORDER
M&M AUTO AND TOWING, INC. et al.,                            :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a show cause hearing was held on June 12, 2024;

WHEREAS, Defendants have not appeared in this action and failed to appear at the hearing. As discussed at the conference, it is hereby

**ORDERED** that, by **June 19, 2024**, Plaintiff shall file (1) evidence in support of the assertion of irreparable harm, including an explanation of why the vehicle is unique, (2) a proposed order of seizure and (3) a proposed preliminary injunction order. Plaintiff shall email courtesy copies of the proposed orders in Word format to the Court's chambers email address, schofield_nysdchambers@nysd.uscourts.gov. It is further

**ORDERED** that, by **June 28, 2024**, if Defendants have not yet appeared, Plaintiff shall move for default judgment according to the procedures set forth in the Court's Individual Rules.

Dated: June 13, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**