UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MOTORCARS LEASING, LLC,

                              Plaintiff,

             -against-

M&M AUTO AND TOWING, INC. and
HUGO J. HERNANDEZ LOPEZ,

                             Defendants.

------------------------------------------------------------X

24 Civ. 4313 (LGS)

**ORDER OF SEIZURE**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 6, 2024, Plaintiff Motorcars Leasing, LLC ("Motorcars") filed an application by order to show cause for, among other injunctive relief, an order of seizure pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. § 7102, awarding to Motorcars possession of that certain 2020 Lamborghini Urus, VIN: ZPBUA1ZL9LLA10233 (the "Vehicle") in the possession of Defendant M&M Auto and Towing, Inc. ("M&M");

WHEREAS, Plaintiff's application was supported by the Affidavit of Andrew Kipnis, General Manager for Motorcars, the Affidavit of Jeffrey A. Sudduth, counsel for Motorcars, the Declaration of Joseph A. Patella, counsel for Motorcars, and Memorandum of Law in Support;

WHEREAS, after Plaintiff properly notified and served Defendants, a show cause hearing was held on June 12, 2024;

WHEREAS, as directed by the Court at the show cause hearing, Plaintiff filed a Supplemental Affidavit of Andrew Kipnis on June 17, 2024;

WHEREAS, Defendants have not appeared in this action and failed to appear at the show cause hearing, it is hereby

1

**ORDERED** that the Sheriff of either New York County or Queens County is hereby directed to seize the Vehicle.  It is further

**ORDERED** that, in accordance with N.Y. C.P.L.R. § 7102(c)(5), if the aforesaid Vehicle is not delivered to the Sheriff, the Sheriff may break open, enter and search for the Vehicle at M&M's storage and repair facility, located at 24-16 45th Street, Astoria, NY 11103 or any of M&M's other locations.  It is further

**ORDERED** that, on or before June 28, 2024, Motorcars shall post either a surety or cash bond in the amount of $300,000.00.  If a cash bond, Motorcars shall make payment to the Court via wire transfer as follows:

>  Receiver ABA Routing Number - 021030004
>  Receiver ABA Short Name - TREAS NYC
>  Business Function Code - Customer Transfer (CTR)
>  Beneficiary Identifier (Account Number) - 00004654
>  Beneficiary Name - US District Courts-Southern District of New York

Dated:  June 20, 2024
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**