UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    MOTORCARS LEASING, LLC,
                                Plaintiff,

                          24 Civ. 4313 (LGS)
             -against-

                          ORDER
    M&M AUTO AND TOWING, INC. et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated June 13, 2024, Plaintiff was instructed to move for default judgment against Defendants no later than June 28, 2024, if Defendants had failed to appear by that date.

       WHEREAS, a preliminary injunction and order of seizure was issued on June 20, 2024.

       WHEREAS, no Defendant has appeared and Plaintiff has not moved for default judgment. It is hereby

       **ORDERED** that, by **July 17, 2024**, Plaintiff shall either (1) move for default judgment according to the procedures set forth in the Court's Individual Rules, or (2) file a status letter proposing next steps in this litigation.

Dated: July 10, 2024
       New York, New York

                                             LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE