UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOTORCARS LEASING, LLC,
                             Plaintiff,

               -against-

M&M AUTO AND TOWING, INC. et al.,
                            Defendants.
------------------------------------------------------------X

24 Civ. 4313 (LGS)

ORDER

**LORNA G. SCHOFIELD**, District Judge:

WHEREAS, by Order dated July 16, 2024, Plaintiff was instructed move for default judgment according to the procedures set forth in the Court's Individual Rules or file a status letter proposing next steps in this litigation.

WHEREAS, Plaintiff filed a letter on July 23, 2024, stating that Plaintiff was attempting service in accordance with Civil Practice Law and Rules Section 308(4) and New York Business Corporation Law Section 306. It is hereby

**ORDERED** that, by **September 6, 2024**, Plaintiff shall file a status letter apprising the Court of its efforts to serve Defendants.

Dated: August 26, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**