**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X  :
MOTORCARS LEASING, LLC,                                            :
                                                                  :
                              Plaintiff,                          :
                                                                  :    24 Civ. 4313 (LGS)
          -against-                                               :
                                                                  :    ~~[PROPOSED]~~ ORDER OF
M&M AUTO AND TOWING, INC. and                                     :    RELEASE OF
HUGO J. HERNANDEZ LOPEZ,                                          :    UNDERTAKING
                                                                  :
                              Defendants.                         :
-----------------------------------------------------------------X  :
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 6, 2024, Plaintiff Motorcars Leasing, LLC ("Plaintiff") filed an application by order to show cause for, among other injunctive relief, an order of seizure pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. § 7102, awarding to Plaintiff possession of that certain 2020 Lamborghini Urus, VIN: ZPBUA1ZL9LLA10233 (the "Vehicle") in the possession of Defendant M&M Auto and Towing, Inc. ("M&M");

WHEREAS, after Plaintiff properly notified and served Defendants, a show cause hearing was held on June 12, 2024;

WHEREAS, on June 20, 2024, the Court entered an Order of Seizure ordering that: (a) the Sheriff of either New York County or Queens County is directed to seize the Vehicle; and (b) in accordance with N.Y. C.P.L.R. § 7102(c)(5), if the aforesaid Vehicle is not delivered to the Sheriff, the Sheriff may break open, enter and search for the Vehicle at M&M's storage and repair facility, located at 24-16 45th Street, Astoria, NY 11103 or any of M&M's other locations;

WHEREAS, the Order of Seizure further directed Plaintiff to post either a surety or cash bond in the amount of $300,000.00 on or before June 28, 2024;

WHEREAS, on June 21, 2024, Plaintiff posted a cash bond in the amount of $300,000.00 (the "Bond") by wiring payment in this amount to the Court, which payment was acknowledged by the Court's Finance/Cashier Unit on the case docket on June 24, 2024, Receipt Number NYSCCA24-00319;

WHEREAS, GEICO, the insurer for Defendant Hugo J. Hernandez Lopez, recovered the Vehicle from M&M, and Plaintiff has agreed to deliver title to the Vehicle to GEICO as part of the resolution of Plaintiff's insurance claim; and

WHEREAS, Plaintiff no longer seeks to recover or claim an ownership interest in the Vehicle; it is hereby

**ORDERED** that the Bond shall be released and that the Court's Finance/Cashier Unit shall remit payment to Plaintiff in the amount of $300,000.00 pursuant to wire instructions that will be provided by Plaintiff's counsel of record following execution of this Order.

Dated: September 19 , 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**